IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEREMY FAULK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KNOXVILLE HMA HOLDING, LLC; ) <br> DYERSBURG HOSPITAL COMPANY, ) <br> LLC; WEST TENNESSEE ) <br> HEALTHCARE, INC., and DYERSBURG ) <br> HEALTH, ) <br> ) <br> Defendants. ) | Case No. 3:21-cv-00755 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiff Application for Entry of Default against Defendant Knoxville HMA Holdings, LLC ("Knoxville HMA") pursuant to Federal Rule of Civil Procedure 55(a). (Doc. No. 10). For the following reasons, Plaintiff's Application is **DENIED**.

Plaintiff filed his original Complaint on October 1, 2021. (Doc. No. 1). Summons was issued as to Defendant via its registered agent of service of process, Justin Pitt. (Doc. No. 5). On January 4, 2022, Plaintiff filed several documents: 1) an Amended Complaint against Defendant and newly added defendants (Doc. No. 7); 2) a Proof of Service declaration executed by Plaintiff stating that Defendant was served with the original Complaint via certified mail (Doc. No. 9); and the pending Application for Entry of Default (Doc. No. 10). On February 4, 2022, counsel entered an appearance on behalf of Defendant and filed an Unopposed Motion for Extension of Time to answer the Amended Complaint. (Doc. No. 21). On February 7, 2022, the Court granted the Unopposed Motion. (Doc. No. 26). Defendant timely filed an answer to the Amended Complaint

1

on February 14, 2022. (Doc. No. 28). As a result, the Clerk **DENIES** as moot Plaintiff's Application for Entry of Default. (Doc. 10).

        s/ Lynda M. Hill
        Lynda M. Hill
        Clerk of Court